**Emergency Motion for Injunction Denied; Petition for Writ of Mandamus Denied and Opinion filed December 5, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00927-CV

---

## IN RE BABATUNDE  AOGO, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**328th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 17-DCV-244478**

---

## O P I N I O N

On Tuesday, November 19, 2019, relator Babatunde Aogo filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52.  In the petition, relator asks this court to compel the Honorable John R. Milliard, presiding judge of the 328th District Court of Fort Bend County, to vacate his first amended qualified domestic relations order signed October 31, 2019.

Relator has also filed a motion for temporary relief, asking our court to issue an injunction against the plan administrator pending our decision on the petition. *See* Tex. R. App. P. 52.10.

With certain exceptions, to obtain mandamus relief a relator must show both that the trial court clearly abused its discretion and that relator has no adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Relator has an adequate remedy by appeal. Relator can raise his issues regarding the amended qualified domestic relations order (QDRO) on appeal. *See In re Husted*, No. 14-13-00561-CV, 2013 WL 3958500 at *2 (Tex. App.—Houston [14th Dist.] 2013, no pet.) (mem. op.) (denying mandamus relief because relator had adequate remedy by appeal to address issues regarding QDRO). The Family Code provides that QDRO proceedings "shall be conducted in the same manner as civil cases generally." Tex. Fam. Code Ann. § 9.102(d); *see* Tex. Civ. Prac. & Rem. Code Ann. § 51.012 (appeals in civil cases from final judgment).

Relator has not shown that he is entitled to mandamus relief. We therefore deny relator's petition for writ of mandamus and motion for temporary relief.


/s/     Charles A. Spain
        Justice


Panel consists of Justices Zimmerer, Spain, and Hassan